598

463 A.2d 42

Commonwealth v. O'Hara, Appellant.
Petition for Allowance of Appeal
Denied Nov. 11, 1983.

Argued June 17, 1982. Jay Stuart Nedell, submitted a brief on behalf of appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order entered November 14, 1980 is affirmed.

BROSKY, J., filed a memorandum concurring and dissenting opinion.

463 A.2d 43

Commonwealth v. Owens, Appellant.

Submitted March 9, 1983. Paul Braxton Owens, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Order affirmed.

BECK, J., filed a memorandum concurring statement.